# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorne
standing of this Court's general bar or be granted leav
by Local Rules 83.12 through 83.14.

**08CV4661**
**JUDGE ZAGEL**
**MAG.JUDGE ASHMAN**

In the Matter of

Hertzberg Ernst & Sons, d/b/a Monastery Hill Bindery, Plaintiff
v.
Louis Vuitton Malletier, Louis Vuitton North America, Inc. a
Delaware corporation, and Louis Vuitton, USA, Inc., a
Delaware corporation, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hertzberg Ernst & Sons d/b/a Monastery Hill Bindery, Plaintiff

**F I L E D**
Aug 15, 2008
AUG 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Robert H. Smeltzer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM<br>Lowis & Gellen LLP | |
| STREET ADDRESS<br>200 W. Adams Street, Suite 1900 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6208507 | TELEPHONE NUMBER<br>(312) 364-2500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | | |
| RETAINED COUNSEL | APPOINTED COUNSEL | |