**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an att standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

**08CV4661**
**JUDGE ZAGEL**
**MAG. JUDGE ASHMAN**

In the Matter of

Hertzberg Ernst & Sons, d/b/a Monastery Hill Bindery, Plaintiff
v.
Louis Vuitton Malletier, Louis Vuitton North America, Inc. a Delaware corporation, and Louis Vuitton, USA, Inc., a Delaware corporation, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hertzberg Ernst & Sons d/b/a Monastery Hill Bindery, Plaintiff



FILED
Aug 15, 2008
AUG 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Ethan F. Hayward | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> *Ethan Hayward* | |
| FIRM <br> Lowis & Gellen LLP | |
| STREET ADDRESS <br> 200 W. Adams Street, Suite 1900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6277630 | TELEPHONE NUMBER <br> (312) 364-2500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐